UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 29  PM 4: 49

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **SEAN H. BATISTE** * * * *<br><br>*Plaintiff* *<br>*<br>**VERSUS** *<br>*<br>**CANAL BARGE COMPANY, INC.** *<br>*<br>*Defendant* *<br>* | CIVIL ACTION NO. 03-00980<br>Section __N__ Mag __4__ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MAY CALL WITNESS LIST AND PRELIMINARY EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sean H. Batiste, who submits Plaintiff's May Call Witness List and Preliminary Exhibit List.

**Plaintiff may call the following witnesses at the trial of this matter:**

1.   Sean H. Batiste

2.   Any Shore Tankermen employed by Defendant for the years 1998 through the present time.

3.   Any witness listed or called by Defendant.

4.   Any witness necessary for rebuttal or impeachment.

5.   Any additional witnesses who may come to light or become necessary as a result of ongoing discovery .

6.   Any witness needed to authenticate documents for introduction into evidence.



___ Fee_____
___ Process____
_X_ Dktd__CtRa__
___ CtRmDep____
___ Doc. No.__8__

**Plaintiff may introduce the following exhibits at trial of this matter:**

1. Defendant's policy regrading its' "accumulated time off" system

2. Documents contained in Plaintiff's personnel file

3. Plaintiff's pay records and earning information

4. Records pertaining to hours Plaintiff worked

5. Records pertaining to Defendant's on-call or stand-by policies

6. Plaintiff's calculation of back pay, overtime pay and on call pay which Defendant owes to Plaintiff

7. Any documents related to Plaintiff's employment with Canal Barge Company, Inc.

8. Any document produced by Defendant in response to Plaintiff's discovery requests

9. Any documents produced by Plaintiff in response to Defendant's discovery requests

10. Any deposition transcript taken during the course of discovery

11. Any exhibit listed or offered by Defendant.

As discovery is still ongoing, Plaintiff reserves the right to supplement this may call witness and preliminary exhibit list as additional witnesses, documents, or exhibits are identified in the course of discovery.

                                                    RESPECTFULLY SUBMITTED:

                                                    _____
                                                    CHRISTOPHER L. COFFIN-LSBA #27902
                                                    PATRICK W. PENDLEY- LSBA #10421
                                                    STAN P. BAUDIN - LSBA #22937
                                                    PENDLEY LAW FIRM, A.P.L.C.
                                                    24110 EDEN STREET
                                                    POST DRAWER 71

PLAQUEMINE, LA 70765-0071
TELEPHONE: (225) 687-6396
TELEFAX: (225) 687- 6398

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile and U.S. Mail, properly addressed, this 23rd day of December, 2003.

_____
CHRISTOPHER L. COFFIN