

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN H. BATISTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-980** |
| **CANAL BARGE COMPANY, INC.** | **SECTION "N" (4)** |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise;

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 27th day of January, 2004.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

DATE OF ENTRY

JAN 2 8 2004

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___