



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JAN 28  AM 11: 35

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M. J.**
**January 27, 2004**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN H. BATISTE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 03-0980** |
| **CANAL BARGE COMPANY, INC.** | **SECTION: "N" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(doc #5)** scheduled for February 5, 2004, at 2:00 p.m. is **Canceled.**

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Kurt D. Engelhardt**

DATE OF ENTRY
JAN 28 2004

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No. 10